James Kevin BLACK, Plaintiff—
Appellant,

v.

S. DAWKINS; F. Stamper; North
Carolina Department of Correction,
Division of Prisons, Lanesboro Cor-
rectional Institution, Medical De-
partment, Defendants—Appellees.

No. 06–7038.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 24, 2006.

Decided: Sept. 1, 2006.

James Kevin Black, Appellant Pro Se.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Kevin Black appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Black v. Dawkins,* No. 3:06–cv–00194–MU (W.D.N.C. filed May 2, 2006 & entered May 3, 2006). We deny Black's motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*